(Republished)

■ GENERAL INSTRUMENT CORPORATION, INC., Respondent, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant. — Resettled order, Supreme Court, New York County, entered on March 18, 1980, unanimously affirmed for the reasons stated by A. Klein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order of said court entered on September 6, 1979 is dismissed as academic, without costs and without disbursements. The order of this court entered herein on November 18, 1980 is vacated. Sandler, J.P., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ JOSEPH R. LORING & ASSOCIATES, INC., v CONTINENTAL CASUALTY COMPANY et al. — Motion to dismiss cross appeal granted, with $20 costs, as defendant-respondent-appellant is not an aggrieved party within the meaning and intent of CPLR 5511 (see *Helou v Nationwide Mut. Ins. Co.*, 25 AD2d 179). Concur — Murphy, P.J., Kupferman, Sandler and Lupiano, JJ.